**Opinion issued August 2, 2012.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-12-00468-CV

———————————

**TEUDY R. MONTALVO & ANNA MONTALVO, Appellants and Cross-Appellees**

**V.**

**METHODIST HEALTH CENTERS d/b/a METHODIST SUGAR LAND HOSPITAL, Appellee and Cross-Appellant**

---

**On Appeal from the 268th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 11-DCV-193065**

---

## MEMORANDUM OPINION

Appellants and cross-appellant have filed agreed motions to dismiss their respective appeals with prejudice. No opinion has issued. Accordingly, we grant

the motions and dismiss the appeals. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot. Costs of the appeals are taxed against the parties who incurred them, as specified in the parties' agreed motions. *See* TEX. R. APP. P. 42.1(d).

**PER CURIAM**

Panel consists of Justices Bland, Massengale, and Brown.